UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRICK LUNDIE,<br><br>          Petitioner,<br><br>     v.<br><br>L. BIRD,<br><br>          Respondent. | No. 2: 22-cv-1063 KJN P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee.

The application attacks a conviction issued by the Los Angeles County Superior Court.[1] While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

---

[1] The petition does not identify the court that entered the judgment of conviction. However, records from the Los Angeles County Superior Court indicate that petitioner challenges a conviction from that court.

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2  transferred to the United States District Court for the Central District of California.
3  Dated: July 20, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lund1063.108